JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
5740 N. Palm Ave. #103
Fresno, CA  93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ANTHONY WAYNE SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:14-cv-01210-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S LETTER BRIEF |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's LETTER BRIEF be extended from March 25, 2015, to May 25, 2015.  This is Plaintiff's first request for an extension by stipulation of the parties, and the first request for an extension to serve Plaintiff's Letter Brief.  Plaintiff's counsel is in the process of relocating offices and requires additional time.

　　　　Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  April 29, 2015

Respectfully submitted,
*/s/__Jonathan Omar Pena__*
JONATHAN OMAR PENA
Attorney for Plaintiff

1

| | | |
|---|---|---|
| 1 | Dated:  April 29, 2015 | BENJAMIN B. WAGNER |
| 2 | | United States Attorney |
| | | DONNA L. CALVERT |
| 3 | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |

**(As authorized via email on 4/29/15**

By:   /s/_____

Jennifer A. Kenney
Special Assistant U.S. Attorney
Office of the General Counsel/SSA
Attorneys for Defendant

### ORDER

Pursuant to the above stipulation, the parties' joint request for an extension of time is granted nunc pro tunc. Plaintiff's Confidential Letter Brief is now due May 25, 2015. All other deadlines in the Court's scheduling order issued on September 4, 2014 (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **April 30, 2015**              /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE