BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ANTHONY WAYNE SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-CV-1210-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF 28 DAYS FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 28 days to file her Opposition to Plaintiff's Opening Brief. The parties previously stipulated to a 30-day extension for Plaintiff to serve his Confidential Letter Brief. This is Defendant's first request for extension. The additional time is requested due to Defendant's counsel being on work-related travel from August 23 through August 28, 2015, which includes the day her Opposition is currently due as well as the week prior. In addition, Defendant's counsel has an employment law matter in active litigation before the Merit Systems Protection Board, Docket No. CB-7521-14-0013-T-1, two Ninth Circuit

1

briefings, and five additional district court briefings due upon her return from travel.  The additional time requested is needed to adequately research the issues Plaintiff has presented.  The current due date is August 28, 2015.  The new due date will be September 25, 2015.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 21, 2015     /s/ *Jonathan Omar Pena
(*as authorized by email on Aug. 20, 2015)
JONATHAN OMAR PENA
Law Office of Jonathan O. Pena
Attorney for Plaintiff

Dated: August 21, 2015     BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

By:     /s/ Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

     Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, to and including September 25, 2015, in which to file an opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the September 4, 2014 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

   Dated: **August 24, 2015**       /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28